IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | | |
|---|---|---|
| TD BANK, N.A., | ) | C/A No. 1:11-cv-260 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | NOTICE OF REMOVAL |
| ANDREW J. FILIPOWSKI and | ) | |
| MATTHEW G. ROSZAK, | ) | |
| | ) | |
| Defendants. | ) | |

Your Remover, Andrew J. Filipowski, respectfully shows:

1. He is a defendant in the above entitled action.

2. The above entitled action was filed in the Superior Court Division of Buncombe County, North Carolina, on August 10, 2011, and has been pending in that court. A Summons and Complaint in said action were served on this Defendant on or about September 7, 2011.

3. The relief prayed for in the Complaint is for $305,631.87 plus interest and costs.

4. According to the Plaintiff is a banking association organized and existing under the laws of one of the United States, is the successor in interest to Carolina First Bank, which upon information and belief was organized and existed under the laws of the State of South Carolina, and has a place of business in Buncombe County, North Carolina. The Defendant and the co-defendant Matthew G. Roszak are residents and citizens of the State of Illinois. No change of citizenship of the parties has occurred since the commencement of the action.

5. The matter in controversy exceeds, exclusive of interest and costs, the sum of

Seventy-Five Thousand Dollars ($75,000.00).

6. The United States District Court for the District of South Carolina has jurisdiction of the same by reason of the diversity of citizenship of the parties pursuant to 28 U.S.C. § 1332.

7. Copies of all process, pleadings, and orders served upon this Defendant are filed herewith.

8. **STATEMENT OF JOINDER IN REMOVAL:** The co-defendant Matthew G. Roszak hereby affirmatively joins in the removal of this action.

9. The Clerk of the Court from which this action is removed has been provided a copy of this Notice of Removal.

**WHEREFORE,** please take notice that this action has been removed.

WILLCOX, BUYCK, & WILLIAMS, P.A.

By: /s/ Robert T. King
Robert T. King, NC Bar #20294
PO Box 1909
Florence, SC 29503-1909
(843) 662-3258 - Tel.
(843) 662-1342 - Fax
rking@willcoxlaw.com
ATTORNEY FOR DEFENDANTS

October 6, 2011