UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
Asheville Division

| | |
|---|---|
| TD BANK, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:11-CV-260 |
| | ) |
| ANDREW J. FILIPOWSKI and | ) |
| MATTHEW G. ROSZAK, | ) |
| | ) |
| Defendants. | ) |
| | ) |

MOTION TO REMAND TO THE SUPERIOR COURT
OF BUNCOMBE COUNTY, NORTH CAROLINA

NOW COMES Plaintiff TD Bank, N.A., ("Plaintiff"), by and through its counsel, and moves pursuant to 28 U.S.C. §1447(c) that this case be remanded to the Superior Court of Buncombe County, North Carolina. In support of this motion, Plaintiff shows:

1. This action was originally commenced with Plaintiff's filing of a complaint on August 10, 2011, in the Superior Court of Buncombe County, North Carolina.

2. Defendant Matthew G. Roszak was served with Summons and Complaint on August 17, 2011, as is evidenced by the Affidavit of Service of Process by Douglas R. Ghidina filed on September 21, 2011, a true copy of which attached hereto as Exhibit A.

3. Defendant Andrew J. Filipowski was served with Summons and Complaint on September 7, 2011, as is evidenced by the Affidavit of Service by the Office of the Sheriff of Cook County, Illinois, filed on September 21, 2011, a true copy of which is attached hereto as Exhibit B.

4. On October 6, 2011, Defendant Filipowski filed a Notice of Removal pursuant to 28 U.S.C. §1441(a) and §1446(a) and (b). Co-Defendant Roszak purported to join in the Notice of Removal.

5. The Notice of Removal was filed more than 30 days after service of Summons and Complaint on Defendant Roszak, and his purported joinder in Notice of Removal must therefore be disregarded. Because Defendant Roszak failed to file a Notice of Removal himself

or to join in his Co-Defendant's Notice of Removal within the time allowed by law, this case must be remanded. *Barbour et al. v. International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, et al.,* 640 F.3d 599 (4th Cir. 2011).

      6.      Pursuant to LCvR 7.1(B), counsel for Plaintiff has conferred with counsel for Defendants and is authorized to report that Defendants consent to the relief requested in this motion. Counsel for Plaintiff will tender to the Court a proposed order evidencing the consent of all parties to the relief requested.

      WHEREFORE, Plaintiff prays:

      1.      That Plaintiff be relieved of the requirement of LCvR 7.1(C) that it file a separate brief in support of this motion, in view of the simplicity of the issue presented, the existence of unquestioned controlling authority on that issue, and Defendants' consent to the motion;

      2.      That this case be remanded to the Superior Court of Buncombe County, North Carolina, and that further proceedings in this Court thereafter abate; and

      3.      That the parties have such other and further relief as the Court deems proper.

Submitted this 14th day of October, 2011.

                                      MOORE & VAN ALLEN, PLLC
                                      100 N. Tryon St., 47th Floor
                                      Charlotte, North Carolina 28202-4003
                                      Telephone: (704) 331-1000
                                      Facsimile: (704) 331-1159


                                      By_____/s/_____
                                        Daniel G. Clodfelter
                                        N.C. Bar ID No. 7661
                                        E-mail: clodfelterd@mvalaw.com

CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of the foregoing Motion to Remand was served upon counsel of record for Defendants by causing a copy to be deposited, first-class postage prepaid, in the custody of the United States Postal Service, addressed as follows:

Robert T. King
WILLCOX, BUYCK, & WILLIAMS, P.A.
P.O. Box 1909
Florence, South Carolina 29503-1909

Attorneys for Defendants

This 14th day of October, 2011.

                                            FOR MOORE & VAN ALLEN, PLLC

                                            By_____/s/_____
                                                  Daniel G. Clodfelter