THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:11cv260

| | | |
|---|---|---|
| TD BANK, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| ANDREW J. FILIPOWSKI and | ) | |
| MATTHEW G. ROSZAK, | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Remand [Doc. 5]. The Plaintiff represents that the Defendants consent to the Motion. For the reasons stated in the Plaintiff's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Remand [Doc. 5] is **GRANTED**, and this civil action is hereby **REMANDED** to the Superior Court of Buncombe County, North Carolina.

**IT IS SO ORDERED**.

Signed: October 18, 2011

Martin Reidinger
United States District Judge